STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RALPH INGENITO, DEFENDANT-APPELLANT.

Submitted June 14, 1954—Decided June 21, 1954.

38

*Mr. Ralph Ingenito,* in propria persona.

*Mr. Mitchell H. Cohen* and *Mr. Robert Burk Johnson* for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.